HARRISS v. LEEPER BROS. LUMBER CO.

No. 7386. Opinion Filed May 9, 1916.

(157 Pac. 739.)

**APPEAL AND ERROR—Record—Questions Presented.** A purported order of the trial court, denying a motion to recall execution, is without force when case-made fails to show affirmatively that such order was entered of record pursuant to sections 5143 and 5324, Rev. Laws 1910.

(Syllabus by Rittenhouse, C.)

*Error from District Court, Pontotoc County;*
*Tom D. McKeown, Judge.*

Action by the Leeper Bros. Lumber Company against F. O. Harriss and Mamie Harriss, his wife. Judgment for plaintiff, and defendant Mamie Harriss brings error. Dismissed.

*Reuben M. Roddie,* for plaintiff in error.

*J. F. McKeel,* for defendant in error.

Opinion by RITTENHOUSE, C. The appeal in this case is sought to be perfected and prosecuted by petition in error and case-made. The case-made does not affirmatively show that the purported final order from which the appeal has been taken was entered on the journal of the court pursuant to sections 5143, 5324, Rev. Laws 1910, and under authority of *Midland Savings & Loan Co. v. Miller et al.,* 53 Okla. 149, 155 Pac. 864, the appeal should be dismissed.

By the Court: It is so ordered.